IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>　　　Plaintiff,<br><br>　　v.<br><br>JESSE R. JACKSON and RONSON PAINTING,<br><br>　　　Defendants. | 8:11CV413 |

ORDER DIRECTING UNITED STATES MARSHALS SERVICE
TO SERVE DEFENDANTS

For good cause shown, the plaintiff's Motion for an Order Directing the United States Marshals Service to Serve Defendants (Filing No. 3) is GRANTED.  The United States Marshals Service is hereby directed to serve the defendants in this case.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2012.

BY THE COURT:

　s/ Thomas D. Thalken
United States Magistrate Judge